UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ISRAEL FARKASH, by Assignment of Real
Party in Interest Pinchas Berkowitz,

                     Plaintiff,

              -against-

SAIDA ABRAMOV, individually, *et al.,*

                   Defendants.
-----------------------------------------------------------x

**ORDER**

26-CV-2662 (JRC)

JAMES R. CHO, United States Magistrate Judge.

The Court's records reflect that the complaint in this action was filed on May 5, 2026. (ECF No. 1.) The plaintiff paid the $405.00 filing fee. (ECF No. 2.)

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon the defendants by August 3, 2026, or the plaintiff fails to show good cause why such service has not been effected by that date, the Court may dismiss the action without prejudice.

The plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of the plaintiff's current address means the Court will not know where to contact the plaintiff and may result in dismissal of the case.  For information regarding court procedures, the plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

SO ORDERED.

                                      s/James R. Cho
                                    JAMES R. CHO
                                    United States Magistrate Judge

Dated: May 6, 2026
       Brooklyn, New York